**SPENCE v. STATE.    (No. 6123.)**

(Court of Criminal Appeals of Texas.    Jan. 26, 1921.)

Appeal from District Court, Jefferson County; E. A. McDowell, Judge.

Proceeding by Ralph Spence against the State for admission to bail. From an order refusing to grant bail, the applicant appeals. Reversed, and bail granted.

C. W. Howth and F. G. Vaughn, both of Beaumont, for appellant.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. This appeal is from an order of the district judge in refusing to grant appellant bail. He was charged by complaint of murder. That the appellant killed the deceased was conceded. There was introduced evidence

in mitigation of the offense. Without detailed discussion of the facts, we express the opinion that the case is not one in which bail should be denied.

The order refusing it is reversed, and bail granted in the sum of $10,000.